UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DUSTIN M. ALAMEDA ET AL.,**

   Plaintiffs,

v.                                         No. 4:21-cv-0921-P

**SAM SHVARTZ ET AL.,**

   Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 19, 2021, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 20. No objections were filed, and the Magistrate Judge's Recommendation is now ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge concludes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiffs Amended Motion for Nonsuit (ECF No. 19). Accordingly, it is **ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED without prejudice.**

**SO ORDERED** on this **10th day** of **November, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE